NUMBER 13-05-720-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG 

___________________________________________________________________

 

ELTON ADAMCEK, ET AL.,                                       Appellants,

 

                                           v.

 

REYNOLDS
METALS CO., ET AL.,                              Appellees.

___________________________________________________________________

 

                  On appeal from the 23rd  District Court

                           of Wharton
County, Texas.

___________________________________________________________________

 

                     MEMORANDUM OPINION

 

      Before Chief Justice Valdez and
Justices Hinojosa and Garza

Memorandum
Opinion Per Curiam

 








Appellants, ELTON ADAMCEK, ET AL., attempted to perfect an appeal from a
purported order entered by the 23rd District Court of Wharton County, Texas, in cause number 37,761.  After the notice of appeal was received,
appellees filed a motion to dismiss the appeal. 
In the motion, appellees state that the matter which appellants are
attempting to appeal is not an order, is clearly not a final judgment and is
not appealable as a matter of law. 
Appellees request that this Court dismiss the appeal for want of
jurisdiction.  

The Court, having
considered the documents on file, appellees= motion to dismiss the appeal, and appellants= response thereto, is
of the opinion that the motion should be granted.  Appellees= motion to dismiss is
granted, and the appeal is hereby DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM

Memorandum Opinion delivered and filed this

the 16th day of March,
2006.